3,986-15

March 31, 2015

Mr. Abel Acosta, Clerk
Tex. Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tex 78711

Ex Parte Donnie L Sloan
No. WR-3,986-15
No. WR-3,986-15

Dear Sir:

Please find enclosed my brief and Pauperis Affidavit enclosed for filing.

Thank you,
Donnie L Sloan
495302 Polunsky Unit
3872 Fm 350 South
Livingston, Tx 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 07 2015

Abel Acosta, Clerk

cc: file

CAUSE NO. WR-3,986-15

TR. Ct. No. 036493-G

Ex Parte || In The 59th District Court
Donnie L. Sloan || Grayson County, Texas

Appellant's Brief

To Honorable Judge Said Court:

Comes Now Respectfully, Donnie L. Sloan Here In After Called Petitioner And In Good Faith Files The Above Styled And Numbered Brief For The Following Reasons To Wit:

I.

This Honorable Court Has Surisdiction Pursuant To T.C.C.P. Art. 1.05, 11.07, Since This Honorable Court Is The Only Tribunal With Surisdiction To Reverse A Final Conviction, And The Surisdiction Of The 59th District Court Is Satisfied Since That Court Is The Tribunal That Sentenced Petitioner To 50 yrs, In 1970 And Again In 1988.

-1-

Petitioner Attempted For Five Months Or More To Get The Grayson County District Clerks Office To Tell The Petitioner What The Cause Number's Were Back In 1970, And The Refused To Do So, And Used The Illegal Excuse Of Not Being On A State Form, And Then For A Second Excuse Of The Retired Judge Brown Not Being The Current Judge In The 59th District Court, You See I Was Trying To File A Writ Application In The 59th District Court And The 397th District Court At The Same Time, Please Note Texas Court Of Criminal Appeals, Writ No. 064823-A, And The Cause Number I Was Asking The District Court To Give Me Had Four Cause Numbers, And One Writ Number From 1993, Where It Was Ruled That Said Convictions Were Voidable, But Due To The Animosity Of Various Judges I Could Not Get The Legal Constitutional Relief I Was And Am Still Entitled To.

Everybody In The Past Acted Like Everything That Happened To The Honorable Judge David H. Brown Was All My Fault, Believe Me, It Was Not, For Judge Brown And Attorney Heffner Got Into A Knock Down Drag Out Over My Case, But I Was The One Who Suffered Most, For This Honorable Court Took My Reduced 50 yr Sentence that Was Reduced To 20 yr, Instead Of Making It Legal, Reversed It And Put The 50 yrs Back On Me And Told Me To Live With It, To punish me Even More, And The Brown Family Together Caused Me To Have To Spend 34 years Incarcerated Behind Illegal Convictions.

My Sentences From 1970 And 1988 should Be Pronounced As Time Served, So As To End All Of This, For Now I Am Back Before This Honorabe Court Asking You To Look At

-3-

THE CONVICTIONS FROM BACK IN 1970

(2) CONVICTIONS FROM 59 DIST. CT., GRAYSON COUNTY, No. 28761, 28762, AND

(2) CONVICTIONS FROM 59th DIST. CT. IN 1970 COLLIN COUNTY, _____?_____, _____?_____, ALL RUNNING CONCURRENT FROM THE SAME TIME OF SENTENCE OCT, 1970.

AND CONVICTION FROM 1988, CURRENT TRIAL CT. WRIT No. 036493-G CURRENTLY BEFORE THIS HONORABLE COURT, AS WR-3986-15, UNDER NEWLY DISCOVERED EVIDENCE.

PLEASE NOTE: I AM NOT GOING TO POINT OUT WHY SOME OF THE DOCUMENT'S BEFORE YOU, MAY NOT BE LEGALLY BEFORE YOU, FOR I AM NOT TRYING TO EMBARASS ANY ONE, THEREBY, I AM GOING TO TRY TO KEEP MY MOUTH SHUT AS TO WHY OR WHERE THE MAJOR ERROR IS, BUT I DID WRITE TWO TRIAL JUDGES IN GRAYSON COUNTY AND LET THEM KNOW THAT THERE MIGHT BE A PROBLEM IN THE EVENT THAT SOMEONE MIGHT HAVE WANTED TO CORRECT IT.

-4-

My Current Claim Has To Do.
With Newly Discovered Evidence
Whereby Under Ex Parte Drake
833 S.W. 2d 213, 215 (Tex Crm. App. 1994);
Ex Parte Sadberry, 864 S.W. 2d 541,
542 (Tex Crm. App. 1993); And
Petitioner Is Also Filing Ever
Ground Of Error Under The
(Fundamental Error Doctrine) Texas
Rules Of Court, Rule 1.03 (d), 3.02 -
3.05) As An Error Of Constitutional
Deminision, Violating United States
Constitution, Amendments, 5th (6th,
8th, 14th, Texas State Constitution,
Art 1, Sec. 10; And As Jurisdictional
Errors, (That of Which Can Never
Be Waived - And Can Be Raised At
Any Time), Ex Parte Hargett 819
S.W. 2d 866, on Remand 827 SW2d 606,

And States That Petitioner Can By
The Preponderance Of The Evidence
That, but For A Violation Of The
United States Constitution, No

- 5 -

Rational juror could have found the Applicant guilty beyond A Reasonable doubt, if THEY HAD BEEN AWARE OF THE NEWLY DISCOVERED EVIDENCE, WHICH BECAME A MUTE POINT WHEN AND AFTER JUDGE BROWN AND ATTORNEY HEFNER STARTED FIGHTING IT OUT AT MY EXPENSE.

PETITIONER DISCOVERED IN 2012-2013 WHEN THE VETERAN'S DEPARTMENT, DECIDED TO REVIEW PETITIONERS CASE AFTER Losing a LEGAL QUESTION In 2010 before THE VETERANS COURT, U.S. DISTRICT COURT IN WASHINGTON, D.C. UNDER CLAIM NO. C 22 199 664, AND IN 2012-2013 PETITIONER WAS AWARDED 100% DISIBILITY, with A FINDING THAT Due To WHAT THE U.S. ARMY DID To ME BETWEEN THE AGE OF 16-18 yr-old, I would BE In TROUBLE WITH SOCIETY FOR THE REST OF MY LIFE. THIS CAN BE VERIFIED THRU DR. LUPEZ, MY V.A. Psychiatrist

-6-

LOCATED AT. = VETERAN'S CLINIC,
SHERMAN, TEXAS, 3811 U.S. 75 N,
SHERMAN, TEXAS, 75030.
PHONE NO. 903-487-0477.

THIS IS THE SAME INFORMATION
THAT I PRESENTED TO THE
392ND DISTRICT COURT IN
TEX. Ct. Crim. App WR No. 064823-A
PRIOR TO MY BEING SENTENCED
IN TEX. Ct. Crim. App. WR No. 064826-B
WHICH IS ALSO PENDING BEFORE THIS
HONORABLE COURT.

I JUST FELT THAT AS A HONORABLY
DISCHARGED, U.S. ARMY, PARATROOPER,
VETERAN THAT THE RECORD SOMEWHERE
NEEDED TO BE CLEARED UP, AND THAT
EVEN AT MY AGE, I WOULD GO AND
DIE FOR MY COUNTRY STILL, FOR I STILL
BELIEVE EVEN AFTER ALL HAS BEEN
DONE TO ME THRU HATE AND REVENGE
THAT THE UNITED STATES CONSTITUTION IS
ALL WE HAVE, AND I AM STILL PROUD
TO BE AN AMERICAN CITIZEN.

I BELIEVE ACCOUNTABILITY As
I WAS TAUGHT IN THE U.S.
ARMY APPLIES TO ALL OF US.
I HAVE WORKED HARD TO TRY TO
IMPROVE MY LIFE, GED AT AGE
17, U.S ARMY, TWO MASTER
DEGREES FROM UNIVERSITY OF HOUSTON-
CLEARLAKE, THEAPHUTIC CLINICS AT
THE V.A. HOSPITAL IN BONHAM, TEX
2014, AND OTHE V.A. PROGRAMS THAT
ARE NOW AVAILABE THAT WERE NOT
EVEN AVAILABLE BEFORE.

## PRAYER

PETITIONER RESPECTFULLY PRAYS
THAT WHAT PETITIONER HAS
REQUESTED, TO HAVE ALL
TEXAS CONVICTIONS, AND SENTENCES
TO BE PRONOUNCED SATISFIED
SO AS TO ALLOW PETITIONER TIME
TO BE THE HONORABLE CITIZEN
HE IS, WITH NO ONE HAVING
JURISDICTION TO STOP PETITIONER
FROM GOING AND LIVING ANY
WHERE IN AMERICA WITHOUT

-8-

Having a collar and chain around his neck. The Good Lord has forgiven me and blessed me so much; Hopefully this Honorable Court will find it to look upon me in a better light and favor; In the interest of justice.

Respectfully Submitted,

Donnie L Sloan

Donnie L Sloan          Pro Se

## Declaration

I, Donnie L Sloan, Petitioner in the aforementioned brief, Pro Se, state the facts so stated are true and correct to the best of my knowledge on this the 31 day of March , 2015 under penalty of perjury.

Respectfully

Donnie L Sloan

Donnie L. Sloan          Pro Se
495302     Polunsky Unit
3872 FM 350 South
Livingston, Tex 77351

~9~

# PAUPERIS AFFIDAVIT

I, Donnie L. Sloan, Do So State That By Law I Am Indigent And Unable To Pay Filing Fee And Or Court Cost, or Fees And Ask To Be Allowed To Proceed In forma Pauperis, So Stated As True And Correct To The Best of my knowledge On This The 31 Day of MARCH 2015, Under Penalty Of Perjury.

Respectfully,

Donnie L. Sloan

DONNIE L. SLOAN PROSE

## CERTIFICATE OF SERVICE

I, Donnie L Sloan Do So State That I Placed In The U.S. Mail Postage Paid, Copy Of Appellants Brief Mailed To, Kelly Ashmore, Grayson County District Clerk, 59th District Court, 200 S. Crockett, Sherman, Tex 75090 On This The 31 day of March 2015, Under Penalty Of Perjury,

Respectfully,

Donnie L. Sloan

Donnie L Sloan PROSE

- 10 -